# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00315-CV

**Carlos Banks, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT
## NO. D-1-FM-07-006157, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Carlos Banks has filed an unopposed motion requesting this Court to dismiss the instant appeal and issue mandate immediately upon dismissal. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a). We further instruct the clerk of this Court to issue the mandate upon dismissal of the appeal.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed on Appellant's Motion

Filed:   September 11, 2009